IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 80477-4-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOE VAUGHN JOHNSON, | ) | UNPUBLISHED OPINION |
| | ) | |
| | ) | |
| Appellant. | ) | |

PER CURIAM — Joe Johnson appeals the sentence imposed following his guilty plea to several counts of assault and one count of felony violation of a no-contact order. He contends, and the State concedes, that the community supervision fees imposed in the judgment and sentence must be stricken due to Johnson's indigency and this court's decision in State v. Dillon, 12 Wn. App. 2d 133, 456 P.3d 1199 (2020).

We accept the State's concession of error and remand with directions to strike the supervision fee from Johnson's judgment and sentence.

FOR THE COURT:

_Andrus, A.C.J._

_Dwyer, J._          _Appelwick, J._